THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Vante Birch, Appellant.
 
 
 

Appeal From Charleston County
 R. Markley Dennis, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2010-UP-556
Submitted October 1, 2010  Filed December
 21, 2010    
APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Scarlett Anne Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM: Vante Birch appeals his armed robbery conviction. 
 Birch argues the trial court erred in failing to grant his motion for a
 directed verdict.  Birch's counsel filed a petition to be relieved as counsel
 pursuant to Anders v. California, 386 U.S. 738 (1967), stating she had
 reviewed the record and concluded this appeal lacked merit.  Birch also filed a
 pro se brief, arguing the trial court erred in: (1) failing to charge the
 lesser included offense of strong arm robbery, and (2) charging the jury that
 the "hand of one is the hand of all."  After a thorough review of the record, counsel's brief,
 and Birch's pro se brief pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss[1] the appeal and grant counsel's
 petition to be relieved. 
APPEAL
 DISMISSED.  
SHORT, THOMAS, and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.